UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLBROOK,<br>   Petitioner,<br> v.<br>STATE OF MICHIGAN,<br>   Respondent. | Case No. 21-cv-05558-JST<br><br>**ORDER OF DISMISSAL** |

On July 20, 2021, Plaintiff filed a letter with this Court. ECF No. 1. The Court construed the letter as an attempt to file a petition for a writ of habeas corpus. ECF No. 2. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not submitted his petition on the proper form nor paid the filing fee. ECF Nos. 2, 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF Nos. 2, 3. The deadline has passed, and Plaintiff has neither submitted a petition on the proper form nor paid the filing fee, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by both a complaint on the proper form, and an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____
JON S. TIGAR
United States District Judge